UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

TOBY G. JOHNSON,                                JUDGMENT IN A CIVIL CASE

    Plaintiff,

vs.


COMMISSIONER OF SOCIAL SECURITY,         CASE NO: 15-1232-STA-egb

    Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Affirming the Decision of the Commissioner entered on October 25, 2017, the decision of the Commissioner is AFFIRMED.**




        APPROVED:



s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 10/26/2017**            THOMAS M. GOULD
                                **Clerk of Court**


                                    s/Maurice B. BRYSON

                                **(By)  Deputy Clerk**